UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
        Plaintiff,
vs.

DDB INVESTMENTS, INC., and
NOUR THAI, LLC,
        Defendants,.

Case No: 23-cv-61287-RS

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, AMIN LAKHANI, and Defendants, DDB INVESTMENTS, INC., and

NOUR THAI, LLC, by and their respective undersigned counsel, hereby notify the Court

that the Parties have reached a settlement in principle. The Parties are in the process of

memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Marko Cerenko
Marko Cerenko (FBN: 21501)
*Attorney for Defendant, DDB
Investments, Inc.*
KLUGAR, KAPLAN,
SILVERMAN, KATZEN &
LEVINE, P.L.
Miami Center, 27th Floor
201 South Biscayne Boulevard
Miami, Florida 33131
(205) 279-9000
mcerenko@klugerkaplan.com

s/ Joshua Entin
Joshua Entin (FBN: 0493724)
*Attorney for Defendant. Nour Thai
LLC*
ENTIN LAW GROUP, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
Tel: (954) 761-7201
josh@entinlaw.com