UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

DDB INVESTMENTS, INC., *et al.*,
    Defendant.

Case No: 23-cv-61287-RS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, AMIN LAKHANI, and Defendants, DDB INVESTMENTS, INC. and NOUR THAI, LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, DDB INVESTMENTS, INC. and NOUR THAI, LLC, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Joshua M. Entin
Joshua M. Entin (FBN: 493724)
   *Attorney for Nour Thai, LLC*
Entin Law Group, P.A.
1213 SE 3rd Ave.
Ft. Lauderdale, FL 33316
(954) 761-7201
Josh@EntinLaw.com

s/ Marko R. Cerenko
Marko F. Cerenko (FBN: 21501)
   *Attorney for DDB Investments, Inc.*
Kluger, Kaplan, Silverman, Katzen & Levine PL
201 S. Biscayne Blvd., Ste. 2700
Miami, Florida 33131
(305) 379-9000
MCerenko@KlugerKaplan.com